# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **7** |
| **Susan Elizabeth Collins** | ) | Case No. **18-51538-AEC** |
| | ) | Judge **Austin E. Carter** |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors or assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 66 Ryan Lane, Pitts, GA 31072. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

> Shapiro Pendergast & Hasty, LLP
> 211 Perimeter Center Parkway, N.E., Suite 300
> Atlanta, GA 30346

Dated: <u>September 24, 2018</u>

Shapiro Pendergast & Hasty, LLP


/s/Taylor S. Mansell_____
Taylor S. Mansell
Georgia Bar No. 940461
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
gaecfnotifications@logs.com